UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STUDENT AID FUNDS, INC.,

    Plaintiffs,

  v.

ALPHAGRAPHICS,

    Defendant.
_____/

NO. CIV. S-08-52 LKK/KJM

O R D E R

The court is in receipt of the plaintiff's ex parte application to continue the status conference currently set for March 31, 2008 at 10:00 AM. Good cause appearing, the status conference is hereby CONTINUED to April 21, 2008 at 2:00 PM.

IT IS SO ORDERED.

DATED: February 27, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1