IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STUDENT AID FUNDS, INC.,

    Plaintiff,                       No. CIV S-08-0052 LKK KJM

    vs.

ALPHAGRAPHICS,

    Defendant.                     <u>ORDER</u>

_____/

          Plaintiff's motion for default judgment is noticed for hearing on April 2, 2008. Default has not yet been entered in this matter. On February 1, 2008, prior to the filing of the motion for default judgment, defendant filed a response to the complaint, which the court will construe as an answer. In that response, defendant asserts it has fully complied with its obligations to garnish the wages of its former employee and that the sum of $507.03, representing ten percent of the former employee's pay from the time she returned from maternity leave until termination of her employment with defendant, has been paid to plaintiff. The answer also contains exhibits in which defendant calls into question the right of plaintiff to issue the administrative wage garnishment at issue here.

/////

/////

1    The February 1, 2008 pleading was incorrectly docketed as an "Exhibit"
2 submitted by plaintiff.  The Clerk of Court will be directed to correct the docket entry.  In light
3 of defendant's filing of an answer, the motion for default judgment will be denied.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1. The February 1, 2008 response by defendant is construed as an answer.  The
6 Clerk of Court is directed to correct the docket entry for docket no. 8 to read "Answer by
7 Defendant."
8    2. The Clerk of Court is directed to not enter the default of defendant absent
9 further order by the court.
10    3. The Clerk of Court is directed to add Guy Vasconcellos, 9089 Foothills Blvd.,
11 Suite 940, Roseville, CA   95747; phone 916-787-1222 to the Court's proof of service.
12    4. This matter is scheduled for status conference before the Honorable Lawrence
13 K. Karlton on April 21, 2008 at 2:00 p.m. in courtroom no. 4.  Defendant is reminded that
14 attendance at the status conference is mandatory and that a status report must be filed no later
15 than April 11, 2008.  To assist defendant in filing a status report, the Clerk of Court is directed to
16 serve defendant with a copy of the order setting status conference, docket no. 5.
17    5. The April 2, 2008 hearing on plaintiff's motion for default judgment is
18 vacated.  The motion (docket no. 9) is denied.
19 DATED: March 12, 2008.
20 006
   usaidfunds-alphagr.vac
                                              _____
                                              U.S. MAGISTRATE JUDGE

2