UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STUDENT AID FUNDS, INC.,

      Plaintiff,

   v.

ALPHAGRAPHICS, GUY VASCONCELLOS,

      Defendants.

/

NO. CIV. S-08-052 LKK/KJM

O R D E R

The court is informed that the defendants are proceeding *in propria persona* in this matter. Accordingly, this case is REFERRED to the Magistrate Judge for all pretrial proceedings, pursuant to Local Rule 72-302(c)(21). Henceforth, the caption on documents filed in this case shall be known as "2:08-cv-00052-LKK-KJM PS."

The status conference currently set for April 21, 2008 at 2:00 PM is VACATED.

IT IS SO ORDERED.

DATED: April 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1