IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STUDENT AID FUNDS, INC.

      Plaintiff,                    No. CIV S-08-52 LKK KJM PS

    vs.

ALPHAGRAPHICS,

      Defendant.                   **ORDER**

_____/

        The court is in receipt of discovery propounded by defendant. Defendant is advised that discovery requests must be served on opposing counsel and should not be filed with the court unless the discovery is in dispute and a motion to compel is noticed for hearing before the court.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court shall return to defendant the document submitted to the court which is dated June 22, 2008.

        2. Defendant is directed to serve a copy of the June 22, 2008 discovery request on opposing counsel.

DATED: 6/30/08

                                            KIMBERLY J. MUELLER
                                            U.S. Magistrate Judge

006 usaidfunds-alphagr.dis

1